UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MIRA HOLDINGS, INC.,

    Plaintiff,

v.                                                   Case No. 6:18-cv-190-Orl-37GJK

THE REGENTS OF THE UNIVERSITY
OF CALIFORNIA,

    Defendant.
_____

## ORDER

On July 12, 2018, the Court held a hearing on Defendant's 12(b)(1) and 12(b)(6) motion to dismiss Plaintiff's Complaint (Doc. 25). (Doc. 38 ("**Hearing**").) Having considered the parties' filings and oral arguments, the Court pronounced its ruling at the Hearing. This Order memorializes the Court's oral pronouncement.

It is **ORDERED AND ADJUDGED** as follows:

1. Defendant The Regents of the University of California's Motion to Dismiss Mira Holdings, Inc.'s Complaint for [1] Declaratory Relief Under the Lanham Act, [2] Reverse Domain Name Hijacking Under the Anticybersquatting Consumer Protection Act, and Supporting Memorandum of Law (Doc. 25) is **GRANTED IN PART AND DENIED IN PART**:

    a. Defendant's 12(b)(1) Motion is **DENIED WITHOUT PREJUDICE**. For the reasons articulated at the Hearing, the Court rejects

Defendant's claim of sovereign immunity over Plaintiff's claims for declaratory and injunctive relief; but Defendant may re-assert sovereign immunity limited to any claims for damages or attorney fees in Plaintiff's Amended Complaint, should Plaintiff choose to re-file and include such requests for relief.

      b.    Defendant's 12(b)(6) Motion is **GRANTED**, as Plaintiff has not alleged plausible claims.

2. Plaintiff's Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**.

3. On or before Thursday, **July 26, 2018**, Plaintiff may file an Amended Complaint consistent with the Court's directives at the Hearing.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on July 12, 2018.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record