UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MIRA HOLDINGS, INC.,
a Minnesota corporation,

    Plaintiff,

v.

THE REGENTS OF THE
UNIVERSITY OF CALIFORNIA,
a California corporation,

    Defendant.

_____

THE REGENTS OF THE
UNIVERSITY OF CALIFORNIA,
a California corporation,

    Counter-Plaintiff,

v.

MIRA HOLDINGS, INC.,
a Minnesota corporation and
MICHAEL KNIGHT, an individual

    Counter-Defendants.
_____/

Case No. 6:18-cv-190-Orl-37GJK

## JOINT NOTICE OF SETTLEMENT

Plaintiff/Counter-Defendant Mira Holdings, Inc., Counter-Defendant Michael Knight, and Defendant/Counter-Plaintiff The Regents of the University of California (collectively, the "Parties"), through their undersigned counsel and pursuant to Local Rule 3.08 of the Middle District of Florida, hereby notify the Court that the Parties have reached a settlement. The Parties will file a Stipulation of Dismissal in due course.

Respectfully submitted this April 24, 2019.

/s/ Ava K. Doppelt
Ava K. Doppelt, Esq.
Florida Bar No. 393738
ALLEN, DYER, DOPPELT
& GILCHRIST, P.A.
255 S. Orange Avenue
Suite 1401
Orlando, Florida 32801
Telephone: (407) 841-2330
Facsimile: (407)841-2343
Email: adoppelt@allendyer.com

-and-

Howard Neu, Esq.
Florida Bar No. 108689
LAW OFFICE OF HOWARD NEU, P.A.
4839 S.W. Volunteer Road, Suite 512
Southwest Ranches, Florida 33330
Telephone: (954)662-1816
Facsimile: (954)337-2324
Email: howard@neulaw.com

*Attorneys for Plaintiff/Counter-Defendants*

/s/ Raffi V. Zerounian
Oliver A. Ruiz, Esq.
Florida Bar 524786
MALLOY & MALLOY, P.L.
2800 S.W. 3rd Avenue
Miami, Florida 33129
Telephone: (305)858-8000
Facsimile: (305)858-0008
Email: oruiz@malloylaw.com

-and-

Raffi Zerounian, Esq.
California Bar No. 236388
(Admitted Pro Hac Vice)
HANSON BRIDGETT, LLP
777 S. Figueroa Street, Suite 4200
Los Angeles, California 90017
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
Email: rzerounian@hansonbridgett.com

-and-

Holly R. Hanks, Esq.
California Bar No. 313143
(Admitted Pro Hac Vice)
HANSON BRIDGETT, LLP
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415)777-3200
Facsimile: (415)541-9366
Email:  hhanks@hansonbridgett.com

*Attorneys for Defendant/Counter-Plaintiff*

CERTIFICATE OF SERVICE

      I hereby certify that on April 24, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the following attorneys of record:

Oliver A. Ruiz, Esq.
John C. Malloy, III, Esq.
Malloy & Malloy, P.L.
2800 S.W. 3rd Avenue
Miami, Florida 33129
ORuiz@malloylaw.com
jcmalloy@malloylaw.com

Raffi Zerounian, Esq.
Hanson Bridgett, LLP
777 S. Figueroa Street, Suite 4200
Los Angeles, California 90017
RZerounian@hansonbridgett.com

Holly R. Hanks, Esq.
Hanson Bridgett, LLP
425 Market Street, 26th Floor
San Francisco, California 94105
hhanks@hansonbridgett.com

                                              */s/ Ava K. Doppelt*
                                              Ava K. Doppelt