UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MIRA HOLDINGS, INC.,

    Plaintiff,

v.                                             Case No. 6:18-cv-190-Orl-37GJK

THE REGENTS OF THE UNIVERSITY
OF CALIFORNIA,

    Defendant/Counter-Plaintiff.

v.

MIRA HOLDINGS, INC.; and MICHAEL
KNIGHT,

    Counter-Defendants.
_____

### ORDER OF DISMISSAL

This cause is before the Court upon the Notice of Settlement (Doc. 55) filed by the Parties indicating that this case has settled. Accordingly, it is **ORDERED AND ADJUDGED**:

1. That the above-styled cause is hereby **DISMISSED WITH PREJUDICE,** subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

2. All pending motions are denied as moot and all deadlines and hearings are

-2-

terminated.

3. The Clerk is **DIRECTED** to close this file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on April 30, 2019.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record